Robert BELL, Appellant,

v.

ST. LOUIS COUNTY JUSTICE CEN-
TER; Dora Schriro, (Commissioner)
Dr.; Unknown Curtis, C.O.; Terry
Payne, C.C.; Unknown Jasper, C.O.;
C.O. McPhaton; Sheryl Chalmers;
Reg. Moore; Lorenzo Chancelor;
Carr Gilmore; Unknown Dentist, Ap-
pellees.

No. 04–1671.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 1, 2004.

Decided Sept. 10, 2004.

Robert Bell, St. Louis City Justice Cen-
ter, St. Louis, MO, pro se.

Before MORRIS SHEPPARD
ARNOLD, FAGG, and COLLOTON,
Circuit Judges.

PER CURIAM.

Robert Bell appeals the district court's
preservice dismissal of Bell's 42 U.S.C.
§ 1983 action. We grant Bell leave to
appeal in forma pauperis. In relevant
part, Bell claimed Lorenzo Chancelor
threatened him and deprived him of vari-
ous privileges after Bell filed grievances
and appeals. We conclude preservice dis-
missal of this claim was inappropriate be-
cause Bell's allegation, liberally construed,

of Missouri.

**432**

stated a retaliation claim against Chancellor. *See Naucke v. City of Park Hills,* 284 F.3d 923, 927–28 (8th Cir.2002); *Burgess v. Moore,* 39 F.3d 216, 218 (8th Cir.1994); *Madewell v. Roberts,* 909 F.2d 1203, 1206 (8th Cir.1990). Having carefully reviewed the record, we conclude Bell's remaining claims were properly dismissed.

We reverse the dismissal and remand to the district court for further proceedings consistent with this opinion. We affirm in all other respects.